Copies Mailed/Faxed 2/22/22
Chambers of Vincent L. Briccetti

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/22/22

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

DAVID LOUIME,
Plaintiff,

v.

TAMIE CAMAMA, Superintendent of Green Haven Correctional Facility; PRESSLEY, Correction Officer; P. SQUIRE, Correction Officer; BERSHIA, Correction Officer; M. MERCED, Correction Officer; and CHO GUTWIN, Hearing Officer,
Defendants.

---

**ORDER**

21 CV 9594 (VB)

Plaintiff, who is proceeding pro se and in forma pauperis, commenced this action by filing a complaint. (Doc. #1).

Because plaintiff is proceeding in forma pauperis, he is entitled to rely on the Court and the U.S. Marshals Service to effect service. The U.S. Marshals Service attempted service on defendants Superintendent Tamie Camama, C.O. M. Merced, and C.O. P. Squire at Green Haven Correctional Facility. (Docs. ##13–15). However, service receipts for these defendants were returned unexecuted, and the receipts indicate these defendants are no longer located at Green Haven Correctional Facility. (Id.).

In accordance with Valentin v. Dinkens, 121 F.3d 72 (2d Cir. 1997), by **April 12, 2022**, the New York State Attorney General must provide the Court addresses where defendants Camama, Merced, and Squire may be served.

In addition, the Court sua sponte extends plaintiff's deadline to serve these defendants to **May 23, 2022**. If the complaint is not served within that time, plaintiff should request an extension of time to complete service.

Chambers will mail a copy of this Order to plaintiff at the address listed on the docket. Chambers will also mail a copy of this Order to the New York State Attorney General's Office at 28 Liberty Street, New York, New York 10005.

Dated: February 22, 2022
White Plains, NY

SO ORDERED:

Vincent L. Briccetti
United States District Judge