MEMORANDUM ENDORSEMENT

Louime v. Camama,
21 CV 9594 (VB)

On July 7, 2022, the Court received plaintiff's amended complaint. (Doc. #27).

In light of the filing of the amended complaint, defendants' motion to dismiss is TERMINATED AS MOOT. (Doc. #21).

By **July 28, 2022**, defendants shall answer, move, or otherwise respond to the amended complaint.

If defendants move to dismiss, plaintiff shall oppose the motion by **August 29, 2022**. Defendants shall file and serve their reply, if any, by **September 9, 2022**.

The Clerk is instructed to terminate the motion. (Doc. #21).

Chambers will mail a copy of this Order to plaintiff at the address listed on the docket.

Dated: July 8, 2022
White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge