UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

--------------------------------------------------------------x
DAVID LOUIME,
                Plaintiff,

v.

JAMIE LAMANA, Superintendent of Green
Haven Correctional Facility; PRESSLEY,
Correction Officer; P. SQUIRE, Correction
Officer; BERISHA, Correction Officer; M.
MERCED, Correction Officer; and GUTWEIN,
Hearing Officer,
                Defendants.
--------------------------------------------------------------x

**ORDER**

21 CV 9594 (VB)

On August 25, 2022, defendants filed their motion to dismiss all claims in the amended complaint, except for the Eighth Amendment excessive force claim. (Doc. ##31, 32). On September 29, 2022, plaintiff filed his opposition to the motion. (Docs. ##35, 36).

Although the Court previously gave defendants until November 10, 2022 to file their reply, on the expectation that plaintiff would not file his opposition until October 28, 2022 (Doc. #34), given that plaintiff has now filed his opposition, the Court advances the deadline for the filing of defendants' reply to October 18, 2022. **To be clear, defendants' reply is now due October 18, 2022.**

Chambers will mail a copy of this Order to plaintiff at the address on the docket.

Dated: October 4, 2022
       White Plains, NY

                                        SO ORDERED:

                                        Vincent L. Briccetti
                                        United States District Judge