UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

DAVID LOUIME,

                        Plaintiff,

               - against -

ROBERT PRESSLEY, PATRICK SQUIRE,
DJOK BERISHA, and MICHAEL MERCED

                      Defendants.

------------------------------------------------------------------X

21-CV-09594 (VB)

ORDER AUTHORIZING THE
DEPOSITION OF
INCARCERATED INDIVIDUAL

*4-13-23*

Copies Mailed/Faxed
Chambers of Vincent L. Briccetti

        Pursuant to Federal Rule of Civil Procedure 30(a)(2)(B), it is hereby ORDERED that an Assistant Attorney General may take the deposition of plaintiff DAVID LOUIME, DIN No. 11-A-1499, (see ECF Docket No. 45), either in person or by videoconference before a notary public, or some other officer authorized to administer oaths by the laws of the United States or of the State of New York, at any New York State Correctional Facility, upon notice to the plaintiff and the Superintendent of the correctional facility where he is then located.

        Plaintiff is advised that if he fails to attend and complete his own deposition, the Court may impose sanctions pursuant to Fed. R. Civ. P. 37(d), which may include an order dismissing this action.

Dated:  April 13        , 2023

SO ORDERED.

_____
Hon. Vincent L. Briccetti
United States District Judge