Copies Mailed/Faxed 9/20/23
Chambers of Vincent L. Briccetti

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
DAVID LOUIME,
                Plaintiff,

v.

ROBERT PRESSLEY, Correction Officer;
PATRICK SQUIRE, Correction Officer;
DJOK BERISHA, Correction Officer; and
MICHAEL MERCED, Correction Officer,
                Defendants.
--------------------------------------------------------------x

**ORDER**

21 CV 9594 (VB)

    As discussed at a telephone conference held on the record today, at which defense counsel appeared and at which plaintiff, proceeding pro se and in forma pauperis, failed to appear apparently because the facility at which he is incarcerated was unable to produce him, it is HEREBY ORDERED:

    A case management conference is scheduled for **October 5, 2023, at 9:45 a.m. It is the responsibility of defense counsel to make prior arrangements with the appropriate facility to have plaintiff available by phone.** At the time of the scheduled conference, plaintiff and defense counsel shall use the following information to connect by phone:

        **Dial-In Number: (888) 363-4749 (toll free) or (215) 446-3662;**
        **Access Code: 1703567.**

    Chambers will mail a copy of this Order to plaintiff at the address listed above.

Dated: September 20, 2023
       White Plains, NY

                                        SO ORDERED:

                                        _____
                                        Vincent L. Briccetti
                                        United States District Judge