Copies Mailed/Faxed
Chambers of Vincent L. Briccetti

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
DAVID LOUIME,
                       Plaintiff,

v.

ROBERT PRESSLEY, PATRICK SQUIRE,
DJOK BERISHA, and MICHAEL MERCED,
                       Defendants.
--------------------------------------------------------------x

**ORDER**

21 CV 9594 (VB)

      As discussed at a telephone conference held on the record today, at which defense counsel and plaintiff, proceeding pro se and in forma pauperis, appeared, it is HEREBY ORDERED:

      1.     By **November 8, 2023**, defense counsel shall submit a letter regarding the status of settlement discussions.

      2.     By **November 8, 2023**, defendants shall file their motion for summary judgment.

      3.     By **December 20, 2023**, plaintiff shall file his opposition to defendants' motion for summary judgment.

      4.     By **January 3, 2024**, defendants shall file their reply, if any, in support of their motion for summary judgment.

      Chambers will mail a copy of this Order, along with a copy of the Motions Guide, to plaintiff at the address listed on the docket.

Dated: October 5, 2023
       White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge