UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
DAVID LOUIME
                      Plaintiff,

v.

ROBERT PRESSLEY, Correction Officer;
PATRICK SQUIRE, Correction Officer; DJOK
BERISHA, Correction Officer; and MICHAEL
MERCED, Correction Officer,
                      Defendants.
--------------------------------------------------------------x

**ORDER**

21 CV 9594 (VB)

       By Order dated January 11, 2024, the Court granted the request of plaintiff, proceeding pro se and in forma pauperis, for the appointment of pro bono counsel. The Court also scheduled a case management conference for March 28, 2024, at 10:00 a.m., and indicated that if pro bono counsel had not appeared by that time, the Court would adjourn the conference. (Doc. #62).

       To date, the docket reflects that pro bono counsel has not yet appeared for plaintiff in this matter. Accordingly, it is HEREBY ORDERED:

       The conference scheduled for March 28, 2024, is ADJOURNED to **April 11, 2024, at 12:00 p.m.** If pro bono counsel has filed an appearance by that date, all counsel shall attend the conference in person at the White Plains courthouse, Courtroom 620.

       The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal taken from this Order would not be taken in good faith and therefore in forma pauperis status is denied for the purpose of an appeal. Cf. Coppedge v. United States, 369 U.S. 438, 444–45 (1962).

       Chambers will mail a copy of this Order to plaintiff at the address on the docket.

Dated: March 26, 2024
       White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge