USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/9/24

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
DAVID LOUIME,
                Plaintiff,

v.

ROBERT PRESSLEY, Correction Officer;
PATRICK SQUIRE, Correction Officer; DJOK
BERISHA, Correction Officer; and MICHAEL
MERCED, Correction Officer,
                Defendants.
-----------------------------------------------------------x

**ORDER OF DISMISSAL**

21 CV 9594 (VB)

      The Court has been advised that the parties have reached a settlement in principle in this matter. (Doc. # 87). Accordingly, it is hereby ORDERED that this action is dismissed, without costs, and without prejudice to the right to restore the action to the Court's calendar, provided the application to restore the action is made by no later than January 23, 2025. To be clear, any application to restore the action must be filed by January 23, 2025, and any application to restore the action filed thereafter may be denied solely on the basis that it is untimely.

      All other deadlines, scheduled conferences, or other appearances, including the status conference scheduled for December 17, 2024, are cancelled. Any pending motions are moot.

      The Clerk is instructed to terminate the letter motion (Doc. #87) and close this case.

Dated: December 9, 2024
       White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge